**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-7018

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MOHAMMED MODIN HASAN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:10-cr-00056-MSD-FBS-1)

Submitted:  February 19, 2026                    Decided:  February 24, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mohammed Modin Hasan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Modin Hasan appeals the district court's order denying his third motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Hasan's motion.  *See United States v. Washington*, 161 F.4th 816, 820 (4th Cir. 2025) (detailing standard).  Accordingly, we affirm the district court's order.  *United States v. Hasan*, No. 2:10-cr-00056-MSD-FBS-1 (E.D. Va. Oct. 24, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*